IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY ELLIS, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 23-1353-JLH |
| ALPHA METALLURGICAL RESOURCES, INC., | ) ) ) ) |
| and | ) ) |
| MARFORK COAL COMPANY, LLC, | ) ) |
| and | ) ) |
| SPARTAN MINING, LLC, | ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING MOTION DEADLINES**

**WHEREAS**, on January 24, 2024, the Court ordered the parties to confer and submit a joint proposed order that establishes the motion deadlines in this action;

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned parties, subject to the approval of the Court, that:

1.  Defendant Alpha Metallurgical Resources, Inc. ("Defendant") shall file any motion to transfer venue, including opening brief and accompanying affidavit(s), on or before February 5, 2024;

2.  Plaintiff's answering brief and accompanying affidavit(s) shall be filed no later than fourteen (14) days after the filing of the opening brief;

3.  Defendant's reply brief and accompanying affidavit(s) shall be filed no later than seven (7) days after the filing of the answering brief; and

4. If the Court denies Defendant's motion, Plaintiff will file his motion to conditionally certify a collective action within thirty (30) days of the Court's decision denying Defendant's motion.

Respectfully submitted,

| | |
|---|---|
| **LAW OFFICE OF**<br>**DANIEL C. HERR LLC** | **MORRIS JAMES LLP** |
| */s/ Daniel C. Herr*<br>Daniel C. Herr, Esq. (#5497)<br>3411 Silverside Road<br>The Baynard Building<br>Wilmington, Delaware 19810<br>(302) 483-7060<br>dherr@dherrlaw.com | */s/ James H. McMackin, III*<br>James H. McMackin, III (#4284)<br>Allyson M. Britton (#4830)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>jmcmackin@morrisjames.com<br>abritton@morrisjames.com |
| *Of Counsel*:<br><br>Shannon M. Draher, Esq.<br>Nilges Draher LLC<br>7034 Braucher Street, NW, Suite B<br>North Canton, Ohio 44720<br>sdraher@ohlaborlaw.com<br><br>Jeffrey J. Moyle, Esq.<br>Nilges Draher LLC<br>1360 East 9th Street, Suite 808<br>Cleveland, Ohio 44114<br>jmoyle@ohlaborlaw.com<br><br>*Attorneys for Plaintiff* | *Of Counsel:*<br><br>Kevin White, Esq.<br>Hunton Andrews Kurth, LLP<br>2200 Pennsylvania Avenue, N.W.<br>Washington D.C.  20037<br>(202) 955-1500<br>kwhite@huntonak.com<br><br>Ryan A. Glasgow, Esq.<br>Tyler Laughinghouse, Esq.<br>Hunton Andrews Kurth, LLP<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>(804) 788-8200<br>rglasgow@huntonak.com<br>tlaughinghouse@huntonak.com<br><br> *Attorneys for Defendant*<br> *Alpha Metallurgical Resources, Inc.* |

Dated:  January 26, 2024

16517685/1

3

**SO ORDERED** this _____ day of _____, 2024.

_____
**THE HONORABLE JENNIFER L. HALL**